# Order

**Michigan Supreme Court**
**Lansing, Michigan**

July 20, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156180(69)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

DORIAN LAMARR PRICE,
      Defendant-Appellant.

_____/

SC:  156180
COA:  330710
Wayne CC:  15-004825-FC

On order of the Chief Justice, the motion of defendant-appellant to extend the time for filing his supplemental brief is GRANTED.  The supplemental brief submitted on July 16, 2018, is accepted as timely filed.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

July 20, 2018



Clerk